■ THE PEOPLE OF THE STATE OF NEW YORK V. CARLOS JIMENEZ.— Motion to dismiss appeal granted and the appeal dismissed upon the ground that appellant is not presently available to obey the mandate of the court in the event of an affirmance (see *People* v. *Casiel,* 33 N Y 2d 791; *People* v. *Howe,* 32 N Y 2d 766; *People* v. *Del Rio,* 14 N Y 2d 165). Concur — McGivern, P. J., Markewich, Nunez, Kupferman and Lane, JJ.